# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Oscar Lee Alvies ) | Case No: 3:05CR96-MEF-01 |
| ) | USM No: 11673-002 |
| Date of Previous Judgment: 2/3/2006 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  70  months **is reduced to**  57 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:     30            Amended Offense Level:     28
Criminal History Category:  II            Criminal History Category: II
Previous Guideline Range:   120  to  135  months    Amended Guideline Range:  120  to  120  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
X Other (explain):   Defendant's motion was previously denied. Case was previously reviewed and offense level was unchanged. New calculations are a result of 5/1/08 guideline amendment.

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated  2/3/2006  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   26 SEPTEMBER 2008                      _____
                                                          Judge's signature

Effective Date: _____              MARK E. FULLER, CHIEF U.S. DISTRICT JUDGE
        (if different from order date)                     Printed name and title